JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO ANGELES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>US FOODS, INC., a corporation dba US FOODSERVICE, Inc.; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 2:22-CV-03178-RGK-AGR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT US FOODS, INC.'S REQUEST TO DISMISS DUPLICATE ACTION WHICH WAS INADVERTENTLY OPENED IN ERROR |

The Court, after reviewing and considering Defendant US Foods, Inc.'s Response to Notice of Deficiencies Docket Nos. 6, 7 and 8 and Request to Dismiss Duplicate Action Which was Inadvertently Opened in Error, **HEREBY RULES AS FOLLOWS:**

This action is dismissed in its entirety without prejudice.

DATED: _____May 19___, 2022

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER

83452962v.1